Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

July 5, 2007

**NOTICE OF APPELLATE CASE OPENING**
**********************************

**FOURTH CIRCUIT INFORMATION**
---------------------------

    **Court of Appeals Case #:**  7-11

    **Short Caption:**  US v. Richard Stitt

    **Date NOA Received 4CCA:**  6/29/07

    **Case Manager:**  Beth Walton

**DISTRICT COURT INFORMATION**
--------------------------

    **Division:**  Eastern District of Virginia at Norfolk

    **District Court Case Number(s):**

    2:98-cr-00047-JBF

    **Date NOA Filed in District Court:**  6/28/07