Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 5, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

No. 07-12
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellee

---------
O R D E R
---------

The Court consolidates these cases for purposes of briefing and oral argument and directs that:

1. Richard Thomas Stitt is designated the appellant for purposes of briefing, preparation of the joint appendix, and oral argument;

2. one joint brief shall be permitted per side;

3. the parties on each side shall share the time allowed for oral argument;

4.  each side shall notify the Court of the attorney
    designated as lead counsel within ten days of the
    date of this order.

For the Court - By Direction

/s/  Patricia S. Connor
_____
                CLERK