Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

July 5, 2007

Darryl James Mitchell, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 8000
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510

William David Muhr, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 8000
8000 World Trade Center
101 West Main Street
Norfolk, VA 23510

David John Novak, Esq.
OFFICE OF THE UNITED STATES ATTORNEY
18th Floor
Eastern District of Virginia
Main Street Centre
600 East Main Street
Richmond, VA 23219

Gerald Thomas Zerkin, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
11th Floor
830 East Main Street
Richmond, VA 23219

Amy Leigh Austin, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Suite 1100
830 East Main Street
Richmond, VA 23219

Jeffrey Lance Stredler, Esq.
WILLIAMS MULLEN
Suite 1700
Dominion Tower
999 Waterside Drive
Norfolk, VA 23510

Re: 07-11 US v. Richard Stitt
      2:98-cr-00047-JBF

  07-12 US v. Richard Stitt
      2:98-cr-00047-JBF


Dear Counsel:

    These appeals were docketed in this Court on 7/5/07, pursuant to Rule 12(a) of the Federal Rules of Appellate Procedure. Docket number 07-11(L), the lead case number, should be placed on all papers subsequently submitted to this Court.

    Appellants must file docketing statements with the required attachments in the office of the clerk, within 14 days of filing of the notice of appeal. Counsel proceeding under the Criminal Justice Act, excluding Federal Public Defenders, must attach a copy of the CJA 24 Form submitted to the District Court to this Court's copy of the transcript order.

    A counsel of record form is enclosed enclosed and must be completed and returned to this office within 14 days of the date of this letter. A counsel of record form should be filed by at least one attorney for each party represented by counsel. To eliminate unnecessary paperwork, correspondence will be sent only to attorneys who file their counsel of record form within 14 days of the date of this letter. All other attorneys' names will be removed from this appeal, and no further correspondence will be transmitted to them.

    Counsel are responsible for assuring that all documents are timely filed by actual receipt in the appropriate clerk's office. Noncompliance with jurisdictional deadlines will prevent the Court from considering an appeal. Failure to meet other deadlines may result in dismissal for failure to prosecute or in imposition of sanctions. See Local Rules 45, 46(g). If you would like a file-stamped copy of your document returned to you, please include an extra copy and a self-addressed, stamped envelope.

    Also enclosed is a copy of an order consolidating these appeals for purposes of briefing, preparation of the appendix and oral argument. The Clerk has determined that the transcript is already on file, and a briefing schedule is included in the enclosed briefing order.

    In order to protect personal information, parties must partially redact social security numbers, dates of birth, financial account numbers, names of minor children and (in criminal cases) home addresses in documents filed with this Court. Dockets, opinions, rules, forms, and the Court calendar can be obtained from the Court's Website, www.ca4.uscourts.gov.

If you desire to inquire about your case by telephone, please contact me directly by dialing (804) 916-2725.

Yours truly,

PATRICIA S. CONNOR
        Clerk


         /s/ Beth Walton
By: _____
      Deputy Clerk