Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 10, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

        Plaintiff - Appellee

  v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

        Defendant - Appellant

------------
O R D E R
------------

Appellant/cross-appellee has filed an unopposed motion for an extension of time within which to file his opening brief and the joint appendix.

The Court extends the time until September 21, 2007.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK