Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 20, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

------------
O R D E R
------------

Appellant/cross-appellee has filed an unopposed motion for an extension of time within which to file his opening brief and the joint appendix.

The Court extends the time until September 28, 2007.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK