Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 1, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

------------
O R D E R
------------

Appellant/cross-appellee has filed a motion for leave to file a supplemental appendix.

The Court grants the motion and accepts the proposed supplemental appendix for filing.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK