Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 1, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

        Plaintiff - Appellee

   v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

        Defendant - Appellant

---------
O R D E R
---------

        Counsel has filed a certificate of confidentiality indicating that sealed documents are included or disclosed in Volume 5 of the joint appendix.

        The Court seals Volume 5 of the joint appendix.

        Any additional materials the parties wish to file under seal must be accompanied by either a certificate of confidentiality or a motion to seal.

                            For the Court - By Direction


                            /s/  Patricia S. Connor
                            _____
                                        CLERK