Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 24, 2007

No. 07-11(L)
2:98-cr-00047-JBF

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

------------------
O R D E R
------------------

The government has filed an unopposed motion for an extension
of time within which to file its brief.

The Court extends the time until November 14, 2007.


For the Court - By Direction


/s/  Patricia S. Connor
_____
CLERK