IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
Plaintiff-Appellee,

v.

RICHARD THOMAS STITT,
Defendant-Appellant

Case No. 07-11(L)

**FILED**

NOV 1 6 2007

U.S. Court of Appeals
Fourth Circuit

----------------------------------------------------------------------

UNITED STATES OF AMERICA,
Plaintiff-Appellant,

v.

RICHARD THOMAS STITT,
Defendant-Appellee

Case No. 07-12

## MOTION TO WITHDRAW

Jeffrey L. Stredler, the undersigned counsel for defendant Richard Thomas Stitt ("Mr. Stitt"), for his *Motion to Withdraw*, states as follows:

1. By Order dated July 5, 2007 (entered Nunc Pro Tunc dated June 28, 2007), this Court appointed the Federal Public Defender at Alexandria, Virginia as counsel to represent defendant Mr. Stitt in this case. This Court also appointed the undersigned counsel, Jeffrey L. Stredler, as co-counsel for Mr. Stitt in this proceeding.

2. Gerald Zerkin, Esquire and Amy Austin, Esquire of the Office of the Federal Public Defender have served as lead counsel for Mr. Stitt throughout the course of this proceeding. The undersigned counsel has provided assistance to Mr. Zerkin and Ms. Austin at their request in connection with Mr. Stitt's representation in this case.

3. The undersigned counsel was recently offered and has accepted a position as in-house counsel with AMERIGROUP Corporation and is scheduled to leave his employment with

Williams Mullen on Wednesday, November 21, 2007. The undersigned counsel is scheduled to begin employment in with AMERIGROUP Corporation on Monday, November 26, 2007.

4.    The undersigned counsel has discussed this issue with Mr. Zerkin and the Federal Public Defender does not object to the relief requested herein. The Federal Public Defender, as lead counsel and pursuant to his responsibilities under 18 U.S.C. § 3005, is in the process of speaking with other attorneys to substitute in the place of the undersigned counsel and Mr. Zerkin will promptly advise the Court of his recommended replacement. Mr. Zerkin and Ms. Austin will be able to handle any additional briefing or oral argument in this Court until substitute counsel is appointed.

5.    The withdrawal of the undersigned counsel will not have a material adverse effect on Mr. Stitt's interests and will not result in a delay of these proceedings or a continuance of this case.

6.    The undersigned counsel has spoken with Assistant United States Attorney Richard D. Cooke, has explained to Mr. Cooke the circumstances surrounding the filing of this Motion, and has informed Mr. Cooke of the intended filing of this Motion. The United States of America consents to the granting of this Motion

WHEREFORE, the undersigned counsel, Jeffrey Lance Stredler, respectfully requests that this Court enter an Order granting his *Motion to Withdraw* from this case, or granting such other, further, and additional relief which is appropriate and just.

2

Respectfully submitted,

_____
Jeffrey L. Stredler

Jeffrey L. Stredler (Va. Bar # 33104)
WILLIAMS MULLEN, A Professional Corporation
Dominion Tower
999 Waterside Drive, Suite 1700
Norfolk, VA 23510-3303
(757) 622-3366
(757) 629-0660 (fax)

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing *Motion to Withdraw* was faxed and mailed to the following counsel of record this 15ᵗʰ day of November, 2007.

> Richard D. Cooke
> Assistant United States Attorney
> Office of the United States Attorney
> Eastern District of Virginia
> 600 East Main Street, Suite 1800
> Richmond, Virginia 23219
> *Facsimile No.: 804-771-2316*

and sent via Federal Express to:

> Richard Thomas Stitt, #50696-083
> USP Lewisburg
> United States Penitentiary
> ATTN: WAREHOUSE
> 2400 Robert F. Miller Drive
> Lewisburg, PA  17837

and regular mail to:

> Richard Thomas Stitt, #50696-083
> USP Lewisburg
> United States Penitentiary
> P.O. Box 1000
> Lewisburg, PA  17837

Jeffrey L. Stredler

1230104v1

4