IN THE UNITED STATES COURT OF APPEALS **FILED**
FOR THE FOURTH CIRCUIT

NOV **2 0** 2007

U.S. Court of Appeals
Fourth Circuit

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff/Appellee,* | ) |
| | ) |
| v. | ) |
| | ) |
| RICHARD THOMAS STITT, | ) |
| *Defendant/Appellant.* | ) |

Case No. 07-11(L)

### MOTION FOR EXTENSION OF TIME
### IN WHICH TO FILE BRIEF

COMES NOW counsel for the appellant, Richard Thomas Stitt, and moves this Court, pursuant to Fed. R. App. P. 26(b), for a very brief extension of time in which to file appellant's reply and answering brief. In support thereof, counsel states as follows:

1. Appellant's reply and answering brief is currently scheduled to be filed on December 10, 2007.

2. Due to the nature of this capital case, and in consideration of counsel's ongoing caseload and scheduled court appearances in other matters in the coming weeks, and the holiday in between, counsel believes he requires an additional, brief extension of time in which to address this matter's critical issues in his reply and answering brief. Therefore, counsel is requesting an extension of four business days for filing in this matter.

3.    Pursuant to Fourth Circuit Local Rule 27(a) counsel has notified

Assistant U.S. Attorney Richard Cooke and he informed counsel that the

government does not object to the requested extension.

Therefore, counsel requests a brief extension of four business days, from

December 10, 2007, to December 14, 2007, in which to file appellant's reply and

answering brief.

Respectfully submitted this 20th day of November  2007.


Michael S. Nachmanoff
Federal Public Defender
for the Eastern District of Virginia


Gerald T. Zerkin
Assistant Federal Public Defender
830 East Main Street, Suite 1100
Richmond, VA 23219
(804) 343-0800

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this <u>Motion for Extension of Time in Which to File Brief</u> was sent by U.S. Mail, first-class postage prepaid, to

Richard Cooke
Assistant United States Attorney
600 E. Main St.
Suite 1800
Richmond, VA 23219

on this <u>20</u><sup>th</sup> day of November 2007.

Gerald T. Zerkin
Assistant Federal Public Defender