FILED: December 12, 2007

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

The Court grants the motion to extend filing time and extends the briefing schedule as follows:

Response/Reply Brief due: 12/17/07

Reply brief permitted within 10 days of service of Response/Reply Brief

For the Court - By Direction

/s/Patricia S. Connor, Clerk