IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee | ) | |
| | ) | |
| v. | ) | No. 07-11 |
| | ) | |
| RICHARD THOMAS STITT, | ) | |
| Appellant. | ) | |

DEC 1 7 2007

U.S. Court of Appeals
Fourth Circuit

### <u>Motion for Leave to File Third Supplemental Volume of Joint Appendix</u>

COMES NOW the appellant, Richard Thomas Stitt, by counsel, and moves this Court, pursuant to Fed. R. App. P. 30(c), for leave to file a Third Supplemental Volume to the Joint Appendix. In support thereof, counsel states as follows:

1.　Volumes I through V of the Joint Appendix and Volume VI of the Supplemental Joint Appendix were previously filed with appellant's appeal no. 99-2.

2.　On September 28, 2007, counsel moved the Court to file a second supplemental appendix simultaneously with the filing of his opening brief. On October 1, 2007, the Court granted the motion and ordered the second supplemental appendix filed.

3.　Appellant's Reply and Answering Brief is due to be filed on December 17, 2007.

4.    Some of the documents referenced in Appellant's Reply and Answering Brief are included in Volumes I through V of the Joint Appendix and Volume VI of the Supplemental Joint Appendix previously filed with appellant's appeal no. 99-2.

5.    In order to facilitate the Court's review and reference to cites in his Reply and Answering Brief, counsel has compiled a small appendix of the documents referenced therein from the previously filed, more unwieldy volumes.

6.    Pursuant to Fourth Circuit Local Rule 27(a) counsel has notified Assistant U.S. Attorney Richard Cooke who stated  no objection to the filing of a third supplemental volume to the joint appendix.

Therefore, counsel requests leave to file a third supplemental volume to the Joint Appendix to his Reply and Answering Brief.

Respectfully submitted this /7th day of December 2007.

Michael S. Nachmanoff
Federal Public Defender
for the Eastern District of Virginia

Amy L. Austin
Gerald T. Zerkin
Assistant Federal Public Defenders
Counsel for Appellant
830 Main Street, Suite 1100
Richmond, VA 23219
(804) 343-0800

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing Motion for Leave to File Third Supplemental Volume of Joint Appendix was sent by first class mail to

> Darryl J. Mitchell/William D. Muhr
> Assistant United States Attorneys
> World Trade Center
> 101 W. Main Street, Suite 8000
> Norfolk, Virginia 23510
> (757) 441-6331
>
> Richard D. Cooke/David J. Novak
> Assistant U.S. Attorneys
> Office of the U.S. Attorney
> 1600 E. Main St., Suite 1800
> Richmond, VA 23219

on this 17th day of December, 2007.

Gerald T. Zerkin
Assistant Federal Public Defender