FILED: December 20, 2007

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

———————————

No. 07-11 (L)
(2:98-cr-00047-JBF)

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

———————————

O R D E R

———————————

The Court grants Jeffrey Stredler's motion to withdraw from further representation, and Christopher J. Collins is appointed as co-counsel.

For the Court

/s/Patricia S. Connor, Clerk