FILED: January 24, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

The Court has determined that this case will proceed as a direct appeal from appellant's conviction and sentence. Appellant is directed to notify this Court, in writing, within ten days if he wishes to file supplemental briefs in support of any additional issues he wants to raise on appeal.

For the Court

*/s/Patricia S. Connor, Clerk*