FILED: February 4, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

The Court grants the appellant's motion for an extension of time to file a response to the Court's order of January 24, 2008.  The deadline for filing appellant's response is extended to February 14, 2008.

For the Court

/s/ Patricia S. Connor, Clerk