FILED: February 12, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of submissions relative to the motion for clarification, the Court grants the motion and substitutes this order for its order of January 24, 2008:

> In accordance with United States v. Hadden, 475 F.3d 652 (4th Cir. 2007), any challenges Stitt wishes to raise as to his conviction shall be considered a collateral attack on that conviction and any challenges Stitt wishes to raise as to his resentencing shall be considered a direct appeal.

Appellant is directed to notify this Court, in writing, within ten days if he wishes to file supplemental briefs in

support of any additional issues he wants to raise on appeal.

For the Court

*/s/Patricia S. Connor, Clerk*