Filed: February 15, 2008

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

NOTICE OF SESSION ASSIGNMENT

_____

No. 07-11 (L), US v. Richard Stitt
2:98-cr-00047-JBF

**PROPOSED ARGUMENT SESSION:** May 13-16, 2008
**NOTIFY COURT OF ANY CONFLICT BY:** February 25, 2008

This case has been tentatively calendared for oral argument
during the above-referenced argument session.

Any notice of conflict and any motion that would affect the
scheduling of argument for that session, including motions to
continue, submit on the briefs, or voluntarily dismiss, must be
filed within 10 days of this notice. As required by Local Rule
27(a), any motion must state whether opposing counsel has
consented.

Counsel will be notified that their case has either been
scheduled for a date certain during the session or continued to
the next available session. Once scheduled for a date certain, a
case will be removed from the argument calendar only for
extreme, unforeseeable problems that could not have been raised
within the period set for notice of conflicts.

Directions to the Courthouse, the argument schedule, information
about argument procedures, and a link to area information are
available at our web site, www.ca4.uscourts.gov. The identity of
the panel hearing a case is not disclosed until the morning of
argument. The order in which cases will be argued on a
particular day is subject to change until the morning of
argument. Cell phones, laptops, PDA's, and other electronic
devices are not allowed in the Courthouse.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705