FEB-26-2008-3:59PM  FED. PUBLIC DEFENDER  NO.6924  P. 2

# FEDERAL PUBLIC DEFENDER
## EASTERN DISTRICT OF VIRGINIA
830 E. MAIN STREET, SUITE 1100
RICHMOND, VIRGINIA 23219
(804) 343-0800
FAX: (804) 648-5033

Michael S. Nachmanoff
Federal Public Defender

DIRECT: (804) 565-0880

Gerald T. Zerkin
Capital Resource Counsel

---

February 28, 2008

**FILED**

FEB 2 8 2008

**BY FAX**
Ms. Patricia Connor, Clerk
United States Court of Appeals
Post Office Annex
10th & Main Streets
Richmond VA 23219
ATTN: Elizabeth Walton, Deputy Cleark

U.S. Court of Appeals
Fourth Circuit

RE: *United States v. Richard Stitt*, Case # 07-11(L)

Dear Ms. Connor:

Pursuant to the Court's Order of February 12, 2008, please be advised that Mr. Stitt desires to file a supplemental brief raising additional issues.

Thank you for your assistance.

Sincerely,

Gerald T. Zerkin

cc. Richard Cooke, Assistant United States Attorney