FILED: March 20, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____


UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R
_____

The Court directs the filing of supplemental briefs on the following schedule:

Appellant's supplemental brief due **April 4, 2008**;

Appellee's supplemental brief due **April 18, 2008**;

Appellant's supplemental reply brief, if any, due **April 25, 2008.**

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*