Filed: April 4, 2008

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

TENTATIVELY CALENDARED CASE CONTINUED

_____

No. 07-11 (L), US v. Richard Stitt
2:98-cr-00047-JBF

TO: Counsel

Please be advised that this case has been continued to a later argument session. The Court will issue a new notice of session assignment when the case is assigned to a particular argument session.


Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705