FILED: April 4, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

The Court rescinds the supplemental briefing schedule in
this case.

For the Court--By Direction

*/s/Patricia S. Connor, Clerk*