Filed: May 22, 2008

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

NOTICE OF SESSION ASSIGNMENT
_____

No. 07-11 (L), US v. Richard Stitt
2:98-cr-00047-JBF

**PROPOSED ARGUMENT SESSION:** September 23 - 26, 2008
**NOTIFY COURT OF ANY CONFLICT BY:** 06/02/2008

This case has been tentatively calendared for oral argument during the above-referenced argument session.

Any notice of conflict and any motion that would affect the scheduling of argument for that session, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed within 10 days of this notice. As required by Local Rule 27(a), any motion must state whether opposing counsel has consented.

Counsel will be notified that their case has either been scheduled for a date certain during the session or continued to the next available session. Once scheduled for a date certain, a case will be removed from the argument calendar only for extreme, unforeseeable problems that could not have been raised within the period set for notice of conflicts.

Directions to the Courthouse, the argument schedule, information about argument procedures, and a link to area information are available at our web site, www.ca4.uscourts.gov. The identity of the panel hearing a case is not disclosed until the morning of argument. The order in which cases will be argued on a particular day is subject to change until the morning of argument. Cell phones, laptops, PDA's, and other electronic devices are not allowed in the Courthouse.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2705