FILED: June 12, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, aka Patrick V. Hardy, aka Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

The Court issues appellant a certificate of appealability
on Issue II in his opening brief and denies a certificate of
appealability as to Issue I.

For the Court

/s/ Patricia S. Connor, Clerk