**PLEASE COMPLETE AND RETURN THIS PAGE WITHIN 5 DAYS OF RECEIPT OF YOUR ORAL ARGUMENT NOTIFICATION. THE FORM MUST BE RETURNED EVEN IF YOU ARE NOT THE ATTORNEY WHO WILL ARGUE THE CASE.**

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Dear Clerk:

I hereby acknowledge receipt of your oral argument notification showing my case:

**No. 07-11 (L), US v. Richard Stitt**

assigned for hearing on _9/24/2008_ in _Richmond_.

_Richard D. Cooke_ will argue this case. (If the attorney arguing is not counsel of record, please include the attorney's address.)

Signature: _Richard Cooke_

Counsel for: _United States_

Joseph L. Coleman
Deputy Clerk