## FEDERAL PUBLIC DEFENDER
### EASTERN DISTRICT OF VIRGINIA
830 E. MAIN STREET, SUITE 1100
RICHMOND, VIRGINIA 23219
(804) 343-0800
FAX: (804) 648-5033

| | | |
|---|---|---|
| **Michael S. Nachmanoff** | | **Gerald T. Zerkin** |
| Federal Public Defender | DIRECT: (804) 565-0880 | Capital Resource Counsel |

September 29, 2008

 Ms. Patricia Connor, Clerk
United States Court of Appeals
Post Office Annex
10th & Main Streets
Richmond VA 23219
ATTN: Elizabeth Walton, Deputy Clerk

RE: *United States v. Richard Stitt*, Case # 07-11, 12(L); Rule 28(j).

Dear Ms. Connor:

The United States has filed a post-argument letter, pursuant to Rule 28(j), in which it cites *Jones v. United States*, 527 U.S. 373, 381 (1999) for the definition of "good cause" in subsection 3593(b)(2)(C).  The defendant does not disagree with the Government's belief that "the short passage in *Jones* does not have "much bearing on the issues in the present case."   More to the point, however, that subsection is itself irrelevant to the issues here, because it applies only where the "jury that determined the defendant's *guilt* was discharged for good cause," (emphasis added), with no mention of a "re-sentencing," while subsection (b)(2)(D) refers to cases in which a *re-sentencing* is necessary.  In other words, (C) applies where the jury was discharged for good cause after determining the defendant's guilt of the underlying offense, but not the appropriate sentence, which is not the case here, and (D) applies where, as here, the original jury determined the sentence, and a *re-sentencing* is necessary.

Thank you for your assistance.

Sincerely,

_____s/_____
Gerald T. Zerkin

cc.  Richard Cooke, Assistant United States Attorney
     Christopher Collins, Esq.