**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

December 30, 2008

Richard Thomas Stitt
UNITED STATES PENITENTIARY
P. O. Box 1000
Lewisburg, PA 17837-0000

No. 07-11 (L), US v. Richard Stitt
            2:98-cr-00047-JBF

Dear Mr. Stitt:

    Enclosed is the opinion, judgment and notice of judgment entered by the Court today.

                    Sincerely,

                    Lisa Hicks
                    Deputy Clerk