IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,    )
    *Plaintiff/Appellee*,    )
    )
v.    )    Case No. 07-11(L)
    )
RICHARD THOMAS STITT,    )
    *Defendant/Appellant.*    )

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE PETITION FOR REHEARING EN BANC

COMES NOW counsel for the appellant, Richard Thomas Stitt, and moves this Court, pursuant to Fed. R. App. P. 26(b), for an extension of time in which to file his Petition for Rehearing En Banc following the Court's December 24, 2008, published opinion in Case No. 07-11(L). In support thereof, counsel states as follows:

1.    The present due date for appellant's filing of a Petition for Rehearing En Banc is January 7, 2009.

2.    The two attorneys who have represented Mr. Stitt and who wrote all the briefs for, and argued, his case both in this Court and below, were each out of state on family vacations for the holiday season when the court's opinion was issued, and continue to be. Mr. Zerkin will remain out of state to assist counsel in a capital murder trial in the Southern District of Florida for 6 to 8 weeks. Although counsel could not produce a competent petition for rehearing and suggestion for rehearing en

banc prior to the deadline, they would be able to do so by the deadline requested.

3.    The case raises several novel procedural questions, and the Court itself referred to one legal question as "intriguing."

4.    The time requested is reasonable and will cause the government no prejudice.

5.    For all these reasons, counsel believes that an extension of time from January 7, 2009, to January 21, 2009, is appropriate under these conditions.

6.    Pursuant to Fourth Circuit Local Rule 27(a), counsel advised Assistant U.S. Attorney Richard D. Cooke of the filing of this motion via telephone message. At the time of the filing of this motion, counsel had not heard back from Mr. Cooke.

WHEREFORE, for the above noted reasons counsel respectfully requests an extension of time in which to file appellant's Petition for Rehearing En Banc from January 7, 2009, to January 21, 2009.

Respectfully submitted this 30th day of December  2008.

MICHAEL S. NACHMANOFF
Federal Public Defender
for the Eastern District of Virginia

By: _____s/_____
Counsel

Gerald T. Zerkin, Esq.
Virginia Bar #16270
Counsel for Defendant
Office of the Federal Public Defender
701 East Broad Street, Suite 3600
Richmond, VA 23219
(804) 565-0880
(804) 648-5033 (fax)
Gerald_Zerkin@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2008, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

Richard D. Cooke, Esq.
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Richard.Cooke@usdoj.gov

_____s/_____
Gerald T. Zerkin