FILED: January 6, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom,

Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the motion for extension of time in which to file a petition for rehearing en banc, the Court grants the motion and extends the filing time to January 14, 2009.

For the Court

/s/ Patricia S. Connor, Clerk