Filed: January 15, 2009

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

No. 07-11 (L), US v. Richard Stitt
2:98-cr-00047-JBF


Notice is provided to the Clerk of the District Court that:

[X] This Court's mandate has been stayed pending disposition of
a petition for panel and/or en banc rehearing.

[ ] This Court's mandate has been stayed pending disposition of
a motion to stay the mandate.

[ ] This Court's mandate has been recalled for the limited
purpose of considering a timely petition for panel and/or en
banc rehearing.


/s/ PATRICIA S. CONNOR, CLERK