FILED: February 4, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 07-11 (L)
(2:98-cr-00047-JBF)

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom,

Defendant - Appellant

_____

M A N D A T E

_____

The judgment of this Court, entered 12/24/08, takes effect today.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk