Filed: February 4, 2009

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

_____

NOTICE TO RESPOND TO MOTION
_____

No. 07-11 (L), US v. Richard Stitt
2:98-cr-00047-JBF

US RESPONSE DUE:  February 11, 2009

Response is required to the motion to withdraw the mandate.
Response(s) must be filed by the response due date shown in this
notice.

Brian Bain
Deputy Clerk
804-916-2736