FILED: March 2, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 07-11 (L)
(2:98-cr-00047-JBF)

———————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom,

Defendant - Appellant

———————————————

O R D E R

———————————————

Upon consideration of submissions relative to the motion to recall the mandate, the Court denies the motion.

Entered at the direction of Chief Judge Williams with the concurrence of Judge Motz and Judge Shedd.

For the Court

/s/ Patricia S. Connor, Clerk