# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

April 29, 2009

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

> Re: Richard Thomas Stitt
> v. United States
> No. 08-10074
> (Your No. 07-11
> 07-12)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 24, 2009 and placed on the docket April 29, 2009 as No. 08-10074.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst